UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Mario Martinez Vargas, Petitioner v. Todd Blanche, et al., Respondents | Case No. 2:26-cv-01978-CDS-EJY **Order Granting Petitioner's Motion to Extend Time** [ECF No. 8] |

Petitioner Mario Martinez Vargas's counsel moves for an extension of time to determine whether an amended petition or a motion to dismiss should be filed as they are unable to contact the petitioner and are also unable to determine whether he was released on bond or has been removed from the U.S. Mot., ECF No. 8. The court finds that the petitioner's request is made in good faith and not solely for the purpose of delay. It is therefore ordered that the petitioner's motion to extend time to file an amended petition or motion to dismiss **[ECF No. 8] is GRANTED** nunc pro tunc. An amended petition or motion to dismiss is due by August 11, 2026.

Dated: August 10, 2026

Cristina D. Silva
United States District Judge