Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

*Attorney for Petitioner Mario Martinez Vargas

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Mario Martinez Vargas,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-01978-CDS-EJY

**Order Approving Stipulation for Extension of Time to File Amended Petition or Motion to Dismiss (Second Request)**

[ECF No. 10]

Petitioner Mario Martinez Vargas filed his pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on June 26, 2026. ECF Nos. 1, 4. This Court appointed the Federal Public Defender's Office on July 15, 2026, and ordered the amended petition be filed by August 4, 2026. ECF No. 4. Counsel for Petitioner and counsel for Federal Respondents now file this stipulation for extension of time of 7 days, or until August 18, 2026, for Petitioner's counsel to file the amended petition or a motion to dismiss.

After being appointed to his case, Petitioner's counsel learned that Mr. Martinez Vargas was released from custody at NSDC, and she has been unable to contact him or find him. Because Federal Respondents have not been ordered to

disclose immigration documents, undersigned counsel does not have the information to determine whether Mr. Martinez Vargas has been released on bond or has been removed from the United States.

For these reasons, counsel for the parties ask this Court for a short extension of time so counsel for Federal Respondents may provide information about Petitioner's location and how it came to be that Petitioner was released from NSDC. With this information, Petitioner's counsel may determine whether an amended petition or a motion to dismiss should be filed in this case.

Petitioner's counsel contacted counsel for Federal Respondents, AUSA Tamer Botros, and he stated that he does not oppose the relief sought in this stipulation.

Dated August 11, 2026.

Respectfully submitted,

TODD BLANCHE
U.S. Attorney General
Sigal Chattah, First Assistant

*/s/ Tamer Botros*
TAMER BOTROS
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Sylvia Irvin*
SYLVIA IRVIN
Assistant Federal Public Defender

**Order**

Although the parties' stipulation to extend time [ECF No. 10] fails to comply with Local Rule IA 6-2, it is APPROVED. The time for the petitioner's counsel to file an amended petition or a motion to dismiss to extended to August 18, 2026.

United States District Judge

Dated: August 12, 2026