UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Mario MartinezVargas,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-01978-CDS-EJY

**Order Granting Petitioner's Motion for Limited Discovery and Extension of Time**

[ECF No. 12]

Petitioner Mario Edgardo Martinez-Varga[1] filed a motion requesting limited discovery and an extension of time to file an amended petition for writ of habeas corpus or motion to dismiss. Mot., ECF No. 12. Martinez-Varga's counsel argues that additional time is needed because they cannot determine the statutory authority governing the petitioner's detention, whether the immigration court properly assessed his eligibility for bond, whether his detention was lawful, and whether he was lawfully removed from the United States and, if so, to what country. *Id.* at 4. So Martinez-Varga's counsel requests the following documents: (1) I-862: notice to appear; (2) I-200: arrest warrant; (3) I-286: initial custody determination record; (4) I-213: record of deportable or inadmissible alien; (5) all bon orders and bond hearing transcripts/recordings; and (6) any order of removal; (7) documentation of any appeal of the order of removal; and (8) an I-205 and travel documents. *Id.* I do not need a response from the respondents to decide this motion.

This court has the express authority to "use[,] or authorize the use[,] of suitable discovery procedures" to dispose of a viable habeas petition "as law and justice require." *Harris v. Nelson*, 394 U.S. 286, 290 (1969) (quoting 28 U.S.C. § 2243); *see also* Rule 7, § 2254 Rules (empowering a court to direct the parties to expand the record by submitting additional materials relating to the petition). The court concludes limited discovery is necessary to expand the record and properly dispose of this matter.

[1] Counsel indicates that the petitioner's full name is Mario Edgardo Martinez-Varga. ECF No. 12 at 1 n.1. The clerk of court will be instructed to correct the docket.

It is therefore ordered that the federal respondents must produce the following records: (1) I-200 warrant for arrest of alien; (2) I-286 initial custody determination; (3) I-862 notice to appear; (4) I-213 record of deportable or inadmissible alien; (5) all bond orders and bond hearing transcripts/recordings; (6) all immigration court orders in the petitioner's removal proceedings or custody redetermination proceedings; (7) documents reflecting any appeal of any immigration court orders by the Department of Homeland Security or the petitioner; (7) transcripts and/or audio recordings of any custody redetermination proceedings; (8) signed, certified, and unredacted I-205 and travel documents; (9) any other records the federal respondents rely on to justify petitioner's detention. Specifically, the federal respondents must PRODUCE these materials to the petitioner's counsel **by August 26, 2026**. Alternatively, by that same date, the federal respondents must CERTIFY that, after a diligent search, they have determined that the records are not in their possession, custody, or control.

It is further ordered that the petitioner's amended petition or a motion to dismiss is due by September 2, 2026.

The clerk of court is kindly instructed to correct the docket to reflect the petitioner's name as Mario Edgardo Martinez-Varga. All future documents must identify the petitioner by his full name.

Dated: August 19, 2026

__________________________________
Cristina D. Silva
United States District Judge